# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID K. HOWELL,<br>Petitioner,<br>v.<br>SHAWN HATTON,<br>Respondent. | Case No. CV 15-03551 PA (RAO)<br><br>**JUDGMENT** |

Pursuant to the Court's Order Accepting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

IT IS ORDERED AND ADJUDGED that the First Amended Petition is denied, and this action is dismissed with prejudice.

DATED: November 20, 2018

PERCY ANDERSON
UNITED STATES DISTRICT JUDGE